UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Meade Aspy,                              CASE NO. 4:12-cv-15366
an Individual
                                              Hon. Terrence G. Berg

      Plaintiff,

v

Brainwater Enterprises, LLC
A Michigan limited liability company, and
James Olenski, an Individual

      Defendants and Counter-Plaintiffs
_____/

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**
_____

      The Parties herein have reached an agreement with respect to this case and stipulated to the dismissal of the action with prejudice.  It therefore appears to the Court, as evidenced by the signatures below of counsel for the Parties, that this action has been compromised and settled, with no finding or admission for or against liability, and that the action between the Parties should be dismissed with prejudice.  Accordingly, for good cause shown, it is

      **ORDERED** that this action is **DISMISSED** with prejudice.  Each party shall bear its own costs and fees.

      **IT IS SO ORDERED**.

                                        s/Terrence G. Berg_____
                                        UNITED STATES DISTRICT JUDGE

Dated: June 27, 2014

**APPROVED FOR ENTRY:**

/s/Deborah K. Schlussel
Deborah K. Schlussel (P56420)
29477 Laurel Woods Drive
Southfield, MI 48034
Phone: (248) 354-1409
E-mail: writedebbie@gmail.com

*Counsel for Defendants Brainwater Enterprises, LLC and James Olenski*


 /s/JohnR. Benefiel
John R. Benefiel (P28970)
525 Lewis Street
Birmingham, Michigan 48009-6244
Phone: (248) 644-1455
Fax: (248) 644-6530
Email: jbenefiel@sbcglobal.net

*Counsel for Ryan Aspy*